# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 5, 2020

158869

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

BENJAMIN KEITH McKEWEN,
     Defendant-Appellee.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158869
COA: 339068
Isabella CC: 2016-001924-FH

By order of April 2, 2019, this case was held in abeyance for *People v Price* (Docket No. 156180). On the Court's own motion, we VACATE our abeyance order of April 2, 2019. The application for leave to appeal the October 25, 2018 judgment of the Court of Appeals is again considered and, it appearing to this Court that the case of *People v Davis* (Docket No. 160775) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2020



Clerk

a0602t